CLAIRE WONG BLACK 9645
MAILE OSIKA 9826
DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawaiʻi 96813
Telephone: (808) 524-1800
E-Mail: claire.black@dentons.com
maile.osika@dentons.com

Counsel for Plaintiffs
GLEN KILA, CHRISTOPHOR EDWARD OLIVEIRA, GEORGE M. WILLIAMS, JR., KOA IKE, KARLO L.G. TANJUAKIO, and KEITH RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GLEN KILA, CHRISTOPHOR EDWARD OLIVEIRA, ANNA PIʻIKEA HARDY-KAHALEOUMI, GEORGE M. WILLIAMS, JR., KOA IKE, KARLO L.G. TANJUAKIO, KEITH RODRIGUEZ, JOHN DOES NOS. 1 – 100; JANE DOES NOS. 1 – 100,<br><br>Plaintiffs,<br><br>v.<br><br>MAUNA ʻOLU ESTATES OWNERS' ASSOCIATION, a Hawaii non-profit corporation, MAUNAʻOLU ESTATES OWNERS' ASSOCIATION, a Hawaii non-profit corporation, ASSOCIA HAWAII, JOHN DESOTO, TRAVIS PALMER, REX IRWIN, LANAKI ADRIC, LEILANI SANDOVAL, | Civil No. 25-00468 MWJS-WRP<br><br>**THIRD STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTIONS TO DISMISS [DKT. 36 AND 39]; ORDER** |

PATRICIA UDEN, JOSEPH MEIER, LENORA HAFF, KATHLEEN KERSHNER, VICTOR RAPOZA, MIEKO SHINTANI, HANS WEDEMEYER, SHUJI SHINTANI, PATRICIA LEPARD, MILTON PIVER, JOSEF MEIER, SANDY TORY, JOHN DOES NOS. 1-10; and JANE DOES NOS. 1-10; the last two names being fictitious and unknown to the plaintiff, the persons being either the current or former board, officers, and/or individual members of Mauna ‘Olu Estates Owners’ Association and/or Mauna ‘Olu Estates Owners’ Association,

Defendants.

**THIRD STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTIONS TO DISMISS [DKT. 36 AND 39]**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Glen Kila, Christophor Edward Oliveira, George M. Williams, Jr., Koa Ike, Karlo L.G. Tanjuakio, and Keith Rodriguez (“Plaintiffs”)[1] and Defendants Mauna ‘Olu Estates Owners’ Association and Associa Hawai‘`i (“Defendants”), through their undersigned counsel, as follows:

[1] Plaintiff ANNA PI‘IKEA HARDY-KAHALEOUMI (“Plaintiff Pi‘ikea”) is still represented by Plaintiffs’ prior counsel.

1. Plaintiffs filed their original Complaint on October 31, 2025. Dkt. 1. On February 17, 2026, Defendant Associa filed its Motion to Dismiss. Dkt. 36. On February 19, 2026, Defendant Mauna ‘Olu filed its Motion to Dismiss Complaint. Dkt. 39. The motions to dismiss are not set for hearing.

2. On March 10, 2026, the parties stipulated to a first extension of time for briefing on the motions. Dkt. 52. This Court granted the first stipulated extension on March 11, 2026. Dkt. 53.

3. On March 25, 2026, the parties stipulated to a second extension of time for briefing on the motions. This Court granted the second stipulated extension on March 27, 2026. Dkt. 64. As a result, Plaintiffs' current deadline to respond to the motions is April 27, 2026 and Defendants' deadline to file reply briefs is May 11, 2026.

4. Plaintiffs' undersigned counsel have represented that in March 2026, Plaintiffs retained new counsel and that Plaintiffs' prior counsel of record are expected to withdraw on behalf of Plaintiffs.[2]

5. Plaintiffs' undersigned counsel have represented that they are continuing to transition in as new counsel on behalf of Plaintiffs, are working on shortened and streamlined amended Complaint, and have requested a further

[2] Plaintiff Pi‘ikea is differently situated.

extension of the briefing deadlines on the motions to dismiss to allow more time to focus on the amended pleading with an eye toward addressing the issues and alleged deficiencies raised in the respective motions to dismiss. Plaintiffs' undersigned counsel respectfully submits that Plaintiffs' retention of new counsel and continued diligent efforts to streamline and amend the Complaint constitutes good cause for a further short continuance of the briefing deadlines.

6. Plaintiffs' undersigned counsel have informed defense counsel of their intent to seek leave to amend the Complaint, either by stipulation or motion, which may obviate the pending motions. Consequently, a further continuance of the briefing deadlines to allow for agreement on amendments to the Complaint would further effectuate the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1. Plaintiffs' undersigned counsel have agreed to circulate a draft proposed amended Complaint to all defense counsel for review for possible stipulated filing by May 11, 2026.

7. The Plaintiffs' counsel and Defendants' counsel hereto met and conferred on April 23, 2026 to discuss the ways in which Plaintiffs' proposed amendments to the pleading may address Defendants' concerns with the pleading and the arguments raised in the motions to dismiss.[3] Plaintiffs' undersigned counsel

---

[3] Plaintiff Pi‘ikea's counsel did not participate in these discussions.

have represented that Defendants' concerns will be taken into consideration for the purpose of overall efficiency and the goal of getting past the pleading stage of this case on behalf of Plaintiffs.

8. Therefore, subject to Court approval, the undersigned parties have agreed to request the further continuance of the briefing schedule on the pending motions to dismiss, as follows:

a. Plaintiffs' Oppositions shall be due **June 15, 2026**.[4]

b. Defendants' Reply briefs shall be due **June 30, 2026**.

9. To the extent the parties stipulate or the Court grants leave to amend the Complaint, the motions to dismiss may be deemed withdrawn without prejudice, subject to refiling with respect to the amended pleading.

DATED: Honolulu, Hawai`i, April 24, 2026.

/S/ CLAIRE WONG BLACK
CLAIRE WONG BLACK

MAILE OSIKA

Counsel for Plaintiffs
GLEN KILA, CHRISTOPHOR EDWARD OLIVEIRA, GEORGE M. WILLIAMS, JR., KOA IKE, KARLO L.G. TANJUAKIO, and KEITH RODRIGUEZ

[4] This extended deadline also applies to Plaintiff Pi‘ikea, to the extent she intends to oppose the motions.

DATED: New York, New York, April 24, 2026.

/S/ MARLENA SMITH
MARLENA Z. SMITH, *pro hac vice*

Falcon Rappaport & Berkman LLP

Counsel for Plaintiff
ANNA PIʻIKEA HARDY-KAHALEOUMI

DATED: Honolulu, Hawaiʻi, April 24, 2026.

/S/ LAHELA HITE
LAHELA H.F. HITE

Attorney for Defendant
ASSOCIA HAWAII

DATED: Honolulu, Hawaiʻi, April 24, 2026.

/S/ NATHAN YOSHIMOTO
NATHAN H. YOSHIMOTO
WESLEY D. SHIMAZU
ALLAN S. CHING

Attorneys for Defendant
MAUNA ʻOLU ESTATES OWNERS' ASSOCIATION

APPROVED AND SO ORDERED:

Dated: April 27, 2026, at Honolulu, Hawaiʻi.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge